**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 00-30192**
**Summary Calendar**

**CONNIE BRASSEAUX,**

**Plaintiff-Appellant,**

**VERSUS**

**UNITED STATES OF AMERICA,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Western District of Louisiana
(98-CV-2018)

October 4, 2000

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Connie Brasseaux ("Brasseaux") was seriously injured on or about August 28, 1998, when the wave runner she was riding went over the Demopolis Dam on the Tombigbee River in Demopolis, Alabama. Brasseaux filed suit on October 21, 1998, against the

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

United States alleging, among other causes of action, that the United States, through the Corps of Engineers, was negligent in not placing and maintaining adequate warning signs to indicate the location of the Sixth Crest Spillway. The United States filed a motion to dismiss, or in the alternative, motion for summary judgment, based on the discretionary function exception to the Federal Tort Claims Act as applied to the Suits in Admiralty Act. The district court granted the motion to dismiss and judgment was entered in favor of the United States. Brasseaux timely appeals.

We have carefully reviewed the briefs, the reply brief, the record excerpts, and relevant portions of the record itself. For the reasons stated by the district court in his ruling on defendant's motion to dismiss filed September 15, 1999, we affirm the decision of the district court to grant the motion to dismiss of the United States.

**AFFIRMED.**